**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | **CHAPTER 13** |
| JESSICA K. WEST ) | |
| ) | **CASE NO. 18-32761** |
| ) | |
| **DEBTOR** ) | |

## ORDER

This matter comes before the Court on the Motion of the Debtor, by counsel, to modify her Chapter Plan, the Court having considered the Motion and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Claim of Capital One Auto Finance on the Debtor's 2015 Kia Optima is to be paid through the Chapter 13 Plan at 5% interest, in the amount of $10,924.18. Capital One Auto Finance shall release its lien on the 2015 Kia Optima upon completion of the Plan.

Tendered by:

Richard A. Schwartz
Attorney for the Debtor
Kruger & Schwartz
3339 Taylorsville Road
Louisville, KY 40205

_Thomas H. Fulton_
Thomas H. Fulton
United States Bankruptcy Judge

Dated: February 11, 2020